IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL NO. 3:16-CR- 16 |
| | : |
| v. | : VIOLATION(S): |
| | : |
| WILLIAM HAMPTON TEDRICK and | : 18 U.S.C. § 922(g)(1) |
| KATHERINE GRACE WITCHER, | : 21 U.S.C. § 924(a)(2) |
| | : 18 U.S.C. § 2 |
| | : |
| Defendants. | : |

THE GRAND JURY CHARGES:

### COUNT ONE

#### Possession of a Firearm by a Convicted Felon
#### 18 U.S.C. § 922(g)(1)

On or about October 28, 2015, in the Athens Division of the Middle District of Georgia,

and elsewhere,

#### WILLIAM HAMPTON TEDRICK and KATHERINE GRACE WITCHER,

defendants herein, aided and abetted by one another, having been convicted of a crime punishable

by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting

interstate and foreign commerce, a firearm, to wit: one (1) Remington Arms Company, M887 Nitro

Mag, 12-gauge shotgun, serial number ARM067177; one (1) Bersa, Thunder 380 Deluxe model,

.380 caliber pistol, serial number A09684; one (1) Bryco Arms, Jennings Nine, 9mm caliber pistol,

serial number 1381377; and one (1) Smith & Wesson, model 66, 357 caliber revolver, serial

number 7K73147; all in violation of Title 18, United States Code, Sections 922(g)(1) and

924(a)(2), and Title 18, United States Code, Section 2.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

G. F. PETERMAN, III
ACTING UNITED STATES ATTORNEY

PETER D. LEARY
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14th day of July, AD 2016.

Deputy Clerk

2